IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cv295

| | |
|---|---|
| JEROME HOUSTON, Administrator of the Estate of Kenyatta Houston; and the STATE OF NORTH CAROLINA, ex rel., Jerome Houston, Administrator of the Estate of Kenyatta Houston, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN T. McDEVITT, in his official capacity as Sheriff of Burke County; COY REID, in his official capacity as Sheriff of Catawba County; STEVE WHISNANT, in his official capacity as Administrator of the Burke-Catawba County Detention Facility; LYMAN MOODY WILLIAMS, in his individual and official capacities; JASON DEREK JOHNSON, in his official capacity; JOHN DOE No. 1, as surety for the Burke County Sheriff; and JOHN DOE No. 2, as surety for the Catawba County Sheriff, <br><br> Defendants. | **ORDER** |

Pending before the Court is the parties' Joint Motion to Stay Proceedings [#31]. The parties jointly request a thirty day stay of this case in order to confer in an attempt to resolve this litigation without the Court's intervention. The parties have a mediation scheduled for March 28, 2011.

For good cause shown, the Court **GRANTS** the Joint Motion to Stay Proceedings [#31]. The Court **STAYS** this case up to and including April 18, 2011.

-1-

The parties shall jointly file a status report with the Court by April 4, 2011, informing the Court of the results of the scheduled mediation and any settlement discussions.

```
                              Signed: March 22, 2011
```

Dennis L. Howell
United States Magistrate Judge